ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Securityhunter, Inc. | ) ASBCA Nos. 60897, 61328 |
| | ) |
| Under Contract No. N39430-13-D-1265 | ) |

APPEARANCES FOR THE APPELLANT:      James Y. Boland, Esq.
                                                                    Venable LLC
                                                                    Tysons Corner, VA

                                                                    Michael T. Francel, Esq.
                                                                    Dismas N. Locaria, Esq.
                                                                    Venable LLP
                                                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                                                    Navy Chief Trial Attorney
                                                                    David M. Marquez, Esq.
                                                                    Susannah M. Mitchell, Esq.
                                                                    Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  June 3, 2021

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60897, 61328, Appeals of Securityhunter, Inc., rendered in conformance with the Board's Charter.

Dated:  June 3, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals